PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00239-GEB-5 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| ADALBERTO VALENZUELA-RUIZ, | |
| Defendant. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the five-page supplement to the plea agreement pertaining to defendant ADALBERTO VALENZUELA-RUIZ, and government's Request to Seal, shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant.

[*Cont'd next page.*]

1  The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the aforementioned memorandum serves a compelling interest.

The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's memorandum that would adequately protect the compelling interests identified by the government.

Dated: September 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge