CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ADALBERTO VALENZUELA-RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADALBERTO VALENZUELA-RUIZ,<br><br>Defendants. | Case No.: 14-239 GEB<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE: December 1, 2017<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ADALBERTO VALENZUELA-RUIZ, that the sentencing hearing scheduled for December 1, 2017, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 5, 2018, at 9:00 a.m. for judgment and sentencing. Defense counsel is currently researching matters that Mr. Valenzuela-Ruiz has brought up, which require resolution prior to sentencing. After consulting with the court regarding availability, the parties propose the following briefing schedule:

Objections to Pre-Sentence Report: 12/1/17

Final PSR due: 12/8/17

Motion for Correction: 12/22/17

11/02/17

Reply, or Non-Opposition: 12/29/17

J&S: 1/5/18

DATED: November 2, 2017

/S/   Jill Thomas
PHILIP A. TALBERT
by JILL THOMAS
Attorney for Plaintiff

/S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for ADALBERTO VALENZUELA-RUIZ

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for December 1, 2017, at 9:00 a.m., be vacated and the matter continued to January 5, 2018, at 9:00 a.m. for judgment and sentencing.

Dated: November 2, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge

11/02/17