CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ADALBERTO VALENZUELA-RUIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14-239 GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE |
| vs. | |
| ADALBERTO VALENZUELA-RUIZ, | DATE: December 1, 2017<br>TIME: 9:00 a.m. |
| Defendants. | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jill Thomas, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant ADALBERTO VALENZUELA-RUIZ, that the sentencing hearing scheduled for January 5, 2018, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar on January 12, 2018, at 9:00 a.m. for judgment and sentencing. Defense counsel has provided informal objections to US Probation, and will require additional time to respond. After consulting with the court regarding availability, the parties propose the following briefing schedule:

Objections to Pre-Sentence Report: 12/8/17

Final PSR due: 12/15/17

Motion for Correction: 12/29/17

12/13/17

Reply, or Non-Opposition: 1/5/18

J&S: 1/12/18

DATED: December 7, 2017 /S/ Jill Thomas
PHILIP A. TALBERT
by JILL THOMAS
Attorney for Plaintiff


/S/ Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for ADALBERTO VALENZUELA-RUIZ

# ORDER

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for January 5, 2018, at 9:00 a.m. be vacated and the matter continued to January 12, 2018, at 9:00 a.m. for judgment and sentencing.

Dated: December 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

12/13/17