UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00239-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO SEAL DOCUMENTS** |
| ADALBERTO VALENZUELA-RUIZ, | |
| Defendant. | |

The United States emailed to chambers on March 14, 2018 documents to be considered in camera for sealing. However, the request is overbroad. Therefore, the documents are treated as having been returned to the United States under Local Rule 141(e)(1), which prescribes: "If a [sealing r]equest is denied in full or in part, the Clerk [of Court] will return to the submitting party the documents for which sealing has been denied." See also United States v. Baez-Alcaino, 718 F. Supp. 1503, 1507 (M.D. Fla. 1989) (indicating that when a judge denies a sealing request submitted for in camera consideration, the party submitting the documents for sealing decides how to proceed in light of the documents being returned to that party).

Dated: March 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge