CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Adalberto Valenzuela-Ruiz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ADALBERTO VALENZUELA-RUIZ,<br><br>    Defendant. | CR. No.: 14-239 GEB<br><br>[PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN THE PARTIES' NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in the parties' Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that the three-page document pertaining to defendant Adalberto Valenzuela-Ruiz, and the parties' Request to Seal shall be SEALED until further order of this Court. *See also, United States v. John Doe*, 2017 WL 3996799 (9th Cir. Sept. 12, 2017)

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: November 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

- 1 -

11/15/18